IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

WESTERN DIVISION

NO. 5:23-CR-00254-D1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | **ORDER TO SEAL** |
| v. | ) | Docket Entry 18 |
| | ) | |
| | ) | |
| DENZEL TIMOTHY RASHEEM SHIVERS | ) | |

On the motion of the Defendant, Denzel Shivers, and for good cause shown, it is ORDERED that Docket

Entry 18 in this matter be sealed until further notice of this Court. The grounds for this Order are found at

Docket Entry 18.

Accordingly, it is ORDERED that these documents be filed under seal and to remain so sealed until

otherwise ordered by this Court.

SO ORDERED, this the **18** day of February, 2026.

James C. Dever III
United States District Court Judge